# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __James Orenstein__   DATE: __9/6/17__

DOCKET NUMBER: __17-769M__   LOG #: __2:32-2:34__

DEFENDANT'S NAME: __Rasheedul Mowla__
   __X__ Present   ___ Not Present   __X__ Custody   ___ Bail

DEFENSE COUNSEL: __Jeremy Schneider__
   ___ Federal Defender   __✓__ CJA   ___ Retained

A.U.S.A: __Margaret Lee__   CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: CJA Jeremy Schneider relieved as defense counsel. CJA Sally Butler present for CJA Steve Zissou. CJA Steve Zissou appointed to represent the defendant.