

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ML/CH
F.#2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2017

By Hand and ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. Rasheedul Mowla
               Docket No. 17-MJ-769 (AMD)

Dear Judge Donnelly:

      As the Court is aware, the defendant in the above-captioned action filed a motion on October 27, 2017 and subsequently requested that the motion be assigned to this Court, as this matter is related to United States v. Ahmed, 17-CR-378.  On November 9, 2017, the Court granted the defendant's request.  The government and defense counsel respectfully request a status conference at the Court's convenience to discuss scheduling with respect to the motion.  In addition, the government respectfully requests that the Court enter an order excluding the time before the government must indict in light of the defendant's pending motion, 18 U.S.C. § 3161(1)(D), as well as the delay necessary to conduct the necessary evaluations and hearings in connection with the defendant's motion, 18 U.S.C. § 3161(h)(1)(A).  Defense counsel consents to the exclusion of time.

      Respectfully submitted,

      BRIDGET M. ROHDE
      United States Attorney

By:      /s/
      Margaret Lee
      Craig Heeren
      Assistant U.S. Attorneys
      (718) 254-6205/6467

cc:    Steve Zissou, Esq. (by ECF)