

Rec
7/9/18 JB

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

June 28, 2018

Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

RECEIVED JUL 05 2018 PRO SE OFFICE

**Re: RASHEEDUL MOWLA**
**REGISTER NUMBER: 81365-053**
**CRIMINAL NUMBER: 17-MJ-769 (AMD)**

Dear Judge Donnelly:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241(b), dated June 12, 2018, in the case of Mr. Rasheedul Mowla.

Mr. Mowla was designated at the Metropolitan Correctional Center, New York, New York, on June 25, 2018. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival. However, given the recent volume of cases, we respectfully request an additional 15 days as permitted by the statute. Thus the evaluation would conclude on August 8, 2018. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, by August 22, 2018.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

L. N'Diaye
Warden

LN/SD/sd

Samantha E. DiMisa, Ph.D.
Forensic Psychologist
LT, U.S. Public Health Service
U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center
150 Park Row
New York, New York 10007

NEW YORK
NY 100
02 JUL '18
PM 12 L

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

UNITED STATES POSTAGE
PITNEY BOWES

02 1A
0004203946
$ 00.50⁰
JUL 01 2018
MAILED FROM ZIP CODE 10007

Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

11201-183299