

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH                                                                                     *271 Cadman Plaza East*
F.#2017R01183                                                   *Brooklyn, New York 11201*

August 13, 2018

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Rasheedul Mowla
                   Docket No. 17-MJ-769 (AMD)

Dear Judge Donnelly:

        As the Court is aware, the defendant recently withdrew his motion in the above-captioned action, and that withdrawal was accepted today. Based on the timing of the case so far, the government calculates that it has two days remaining to file an indictment or information against the defendant pursuant to 18 U.S.C. § 3161(b). Accordingly, the government respectfully requests that the Court enter an order excluding time until September 12, 2018, before the government must file an indictment or information. Exclusion of time is appropriate and the ends of justice are served because this case is complex, and because the parties will use the time to engage in discussion of a potential resolution of the case. See 18 U.S.C. § 3161(h)(7). Defense counsel does not object to the exclusion of time.

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                              By:      /s/
                                              Margaret Lee
                                              Craig Heeren
                                              Assistant U.S. Attorneys
                                              (718) 254-6205/6467

cc:     Steve Zissou, Esq. (by ECF)